AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Steve C. | United States District Court, Northern District of Georgia | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge -- Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

1967 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Immediate Past-President | University of Georgia Alumni Association |
| 2. | Board Member | University of Georgia Board of Visitors |
| 3. | Board Member (ex officio) | University of Georgia Athletic Board |
| 4. | Managing Trustee | University of Georgia Foundation |
| 5. | Member (ex officio), Board of Trustees | Athens Academy |
| 6. | Director | Athens Area Community Foundation |
| 7. | Member, Board of Visitors | Riverside Military Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Steve C. Jones & Georgia Judicial Retirement Systems, pension upon age 60 and minimum of 10 years of service |
| 2. | 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, GA, pension upon retirement at age 62, with eligibility for receipt of early benefits at age 56 |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Unified Government of Athens-Clarke County, GA, fixed benefits from vested pension plan | $9,988.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed seamstress |
| 2. | 2013 | Clarke County School District (retirement compensation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UGA Athletic Association, Inc. | 12/31/2013-1/2/2014 | Jacksonville, Florida | UGA Foundation Trustee duties at 2014 Gator Bowl | transportation, meals, hotel |
| 2. | Mt. Zion Baptist Church | 2/23/2013-2/25/2013 | Ontario, California | keynote speaker at Black History Program | transportation, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | mortgage on rental property #1 (Athens, Georgia, Part VII, line 1) | L |
| 2. | Wells Fargo | mortgage on rental property #2 (Athens, Georgia, Part VII, line 2) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1, Athens, GA | D | Rent | M | W | | | | | |
| 2. rental property #2, Athens, GA | D | Rent | L | W | | | | | |
| 3. rental property # 3, Compton, CA | D | Rent | M | W | | | | | |
| 4. rental property #4, Compton, CA | D | Rent | M | W | | | | | |
| 5. Athens First IRA (cd holdings) | A | Interest | J | T | | | | | |
| 6. Total Systems Services -- common stock | A | Dividend | J | T | | | | | |
| 7. Synovus Financial Corp. -- common stock | A | Dividend | J | T | | | | | |
| 8. Commercial Bank -- CD | A | Int./Div. | J | T | | | | | |
| 9. IRA # 1 | E | Interest | N | T | | | | | |
| 10. -VALIC Stock Index Fund (VSTIX) | | | | | | | | | |
| 11. -Vanguard Windsor II (VWNFX) | | | | | | | | | |
| 12. -VALIC Mid Cap Index Fund (VMIDX) | | | | | | | | | |
| 13. -VALIC Small Cap Value Fund (VCSVX) | | | | | | | | | |
| 14. -VALIC Int'l Equities Fund (VCIEX) | | | | | | | | | |
| 15. -VALIC Fixed Account Plus | | | | | | | | | |
| 16. -Vanguard LT Inv. Grade Fund (VWESX) | | | | | | | | | |
| 17. -VALIC Science & Technology Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clarke Co. Bd. of Ed. 457 Plan - 100 % Fixed Account Plus Fund | D | Interest | M | T | | | | | |
| 19. ING ReliaStar - Annuity | B | Interest | L | T | | | | | |
| 20. Invesco American Franchise Fund, Class C, VAFCX | A | Dividend | J | T | | | | | |
| 21. IRA # 2 | E | Int./Div. | M | T | | | | | |
| 22. -Invesco - convertible securities | | | | | | | | | |
| 23. - BlackRock Strategic, Inc. | | | | | | | | | |
| 24. -Fidelity Advisor Strategic, Inc. | | | | | | | | | |
| 25. -Fidelity Cash Reserves | | | | | | | | | |
| 26. -Ford Motor Credit Co. | B | Interest | | | Matured | 06/20/13 | K | | |
| 27. -Synovus Finl. Corp. | B | Interest | | | Matured | 02/15/13 | K | | |
| 28. -PIMCO Income Fund CL C | | | | | | | | | |
| 29. -Ivy High Income CL C | | | | | | | | | |
| 30. -Morgan Stanley D W Disc SRMTNS | | | | | | | | | |
| 31. -JPMorgan Income Builder Fund Class C | | | | | | | | | |
| 32. -American Capital Income Builder CL C | B | Dividend | | | Buy | 02/27/13 | K | | |
| 33. -Franklin Rising Dividends Class C | A | Dividend | | | Buy | 02/15/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Steve C. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions.  On June 30, 2013, my term as President of the University of Georgia Alumni Association ended.  My current role with UGA's Alumni Association is that of Immediate Past-President.   Also, on June 30, 2013, my term on the University of Georgia's Athletic Board ended.

Part VII.  Investments, Line 5.  The Athens First IRA (cd holdings) was inadvertently omitted from my 2012 report.  It was included in my nomination and 2011 reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 05/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steve C. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544